KENNETH M. WEBSTER, ESQ.
Nevada Bar No.: 7205
DAVID P. FERRAINOLO, ESQ.
Nevada Bar No.: 8452
FERRAINOLO ALLEN, PA
1180 Town Center Dr., Ste. 100
Las Vegas, Nevada 89144
Telephone No. (725)291-4614
Facsimile No. (725)222-4655
E-mail: kwebster@ferrainoloallen.com
E-mail: dferrainolo@ferrainoloallen.com
Attorneys for Defendant
LLOYD'S, LONDON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JASWINDER GROVER, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, a foreign insuring entity,<br><br>Defendants | **CASE NO.: 2:26-CV-02531** |

**<u>SUBSTITUTION OF ATTORNEYS</u>**

Defendant, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON hereby substitutes FERRAINOLO ALLEN, PA in place and stead of HALL PRANGLE, LLC as attorneys for Defendant in the above-entitled matter.

DATED this 3rd day of September 2026.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

David Pond
(Signature)

David Pond
(Print Name)

**CONSENT TO SUBSTITUTION**

COME NOW, the undersigned attorney for HALL PRANGLE, LLC, who hereby consents to the above substitution of attorneys for Defendant in the above-entitled action.

DATED this 9 day of September 2026.

HALL PRANGLE, LLC

JACOB Z. GOLDSTEIN, ESQ.
For the Firm
1140 Town Center Dr. Ste. 350
Las Vegas, Nevada 89144
Attorneys for Defendant,
LLOYD'S, LONDON

**ACCEPTANCE OF SUBSTITUTION**

I HEREBY CONSENT to the substitution of the law firm FERRAINOLO ALLEN, PA as attorneys for Defendant in the above-entitled action in the place and stead of HALL PRANGLE, LLC.

DATED this 9th day of September 2026.

FERRAINOLO ALLEN, PA

Dave Ferraindo

KENNETH M. WEBSTER, ESQ.
Nevada Bar No.: 7205
DAVID P. FERRAINOLO, ESQ.
Nevada Bar No.: 8452
1180 Town Center Dr., Ste. 100
Las Vegas, Nevada 89144
Attorneys for Defendant
LLOYD'S, LONDON

The Court notes that counsel has improperly filed the substitution as a notice, rather than as a stipulation or motion as required by Federal Rule of Civil Procedure 7(b) and LR IA 11-6(c). Nonetheless, the Court grants the substitution request. Future requests for Court orders must be properly titled. *See* Fed. R. Civ. P. 7(b).

IT IS THEREFORE ORDERED that the request that Ferrainolo Allen, PA be substituted as counsel in place and stead of Hall Prangle, LLC as attorneys for Certain Underwriters at Lloyd's, London is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to REMOVE the law firm of Hall Prangle as counsel of record in this action.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 10, 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of September 2026, I served a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEYS** addressed to the following counsel of record at the following address(es):

☒ **VIA ELECTRONIC SERVICE:** By mandatory electronic service (e-service), proof of e-service attached to any copy filed with the Court; or

☐ **VIA U.S. MAIL:** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as indicated on the service list below in the United States mail at Las Vegas, Nevada; or

☐ **VIA FACSIMILE:** By causing a true copy thereof to be telecopied to the number indicated on the service list below.

Will Kemp, Esq.
Nathanael R. Rulis, Esq.
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
Attorneys for Plaintiff

FERRAINOLO ALLEN, PA

Dave Ferrainolo

DAVID P. FERRAINOLO, ESQ.